# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2025

## NO. 03-23-00531-CV

**The State of Texas, Appellant**

**v.**

**The City of Houston, The City of San Antonio, and The City of El Paso, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**REVERSED AND RENDERED -- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on August 30, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment dismissing the suit without prejudice for lack of subject-matter jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.